In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00072-CV

                                                ______________________________

 

 

                             IN THE
MATTER OF THE MARRIAGE OF

ANGELA CORBELL-NICHOLS AND
LAT NICHOLS

 

 

                                                                                                  


 

 

                                         On Appeal from the 6th Judicial District Court

                                                          Red
River County, Texas

                                                          Trial Court
No. CV02084

 

                                                      
                                            

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            Lat Nichols, the sole appellant in
this case, has filed a motion seeking to dismiss his appeal.  Pursuant to Rule 42.1 of the Texas Rules of
Appellate Procedure, his motion his granted. 
Tex. R. App. P. 42.1.

            We dismiss the appeal.

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          September 21, 2010

Date Decided:             September 22, 2010